1 | MELINDA L. HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | JOSEPH FAZIOLI (ILBN 6273413)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5595

7 | Facsimile: (408) 535-5066
joseph.fazioli@usdoj.gov

8

Attorneys for the United States

9

**FILED**

JUL 2 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,                )        No. CR 5:13-MJ-70031 HRL
                                            )
15 |        Plaintiff,                        )        STIPULATION AND [PROPOSED]
                                            )        ORDER CONTINUING APPEARANCE
16 |    v.                                    )        DATE AND EXCLUDING TIME FROM
                                            )        THE SPEEDY TRIAL ACT
17 |                                          )        CALCULATION (18 U.S.C.
   | JASON KEITH SMITH,                       )        § 3161(h)(8)(A))
18 |                                          )
   |        Defendant.                        )
19 | _____     )

20 |         This matter is scheduled before the Court for an preliminary hearing or arraignment on

21 | June 25, 2013.  On January 14, 2013, this Court issued a criminal complaint against the

22 | defendant related to a violation of 18 U.S.C. 875(c) - Interstate Communications of a Threat.

23 | The defendant, who resides in the Eastern District of Michigan, was arrested and made an initial

24 | appearance on January 22, 2013 in Detroit before United States Eastern District of Michigan

25 | Magistrate Judge Laurie J. Michelson.  The defendant is currently represented by Northern

26 | District of California CJA Panel Counsel Carleen Arlidge and Eastern District of Michigan

27 | Assistant Federal Public Defenders Penny R. Beardslee and Loren E. Khogali.  On January 23,

28 | 2013, Judge Michelson ordered the defendant released pursuant to conditions, ordered the

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70031 HRL

1   defendant be transferred to the Northern District of California for further proceedings, excluded

2   time, and ordered the defendant to appear in the Northern District of California on March 14,

3   2013 at 9 a.m.   That initial appearance date was subsequently continued via the parties

4   stipulation to July 25, 2013.

5           The United States and the defendant now jointly request a continuance until September

6   19, 2013 in order to afford defense counsel additional time to effectively prepare and also to

7   allow the parties a further opportunity to discuss a potential pre-indictment resolution of the

8   mattter.   The parties agree, and the Court finds and holds, as follows:

9           1.      The preliminary hearing or arraignment is continued to September 19, 2013.

10          2.      Time should be excluded under Rule 5.1 from July 25, 2013 to September 19,

11   2013 in order to allow defense counsel additional time to effectively prepare and also to allow

12   the parties an opportunity to discuss a potential pre-indictment resolution of the mattter.   The

13   parties agree that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal

14   Procedure and 18 U.S.C. § 3060.

15          3.      The time between July 25, 2013 to September 19, 2013 is excluded under the

16   Speedy Trial Act.   The parties agree that the failure to grant the requested continuance would

17   unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

18   into account the exercise of due diligence.   Finally, the parties agree that the ends of justice

19   served by granting the requested continuance outweigh the best interest of the public and the

20   defendant in a speedy trial and in the prompt disposition of criminal cases.   18 U.S.C. §

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70031 HRL

1    3161(h)(8)(A).

2    STIPULATED:

3    DATED:____7/23/13_____          _____/s/_____
                                        CARLEEN ARLIDGE
4                                       PENNY R. BEARDSLEE
                                        LOREN E. KHOGALI
5                                       Counsel for Defendant Smith

6
     DATED:____7/23/13_____          _____/s/_____
7                                       JOSEPH FAZIOLI
                                        Assistant United States Attorney
8
     IT IS SO ORDERED.
9
     DATED:_____7/24/13_____           _____
10                                      HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70031 HRL