1  MELINDA L. HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSEPH FAZIOLI (ILBN 6273413)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5595
7      Facsimile: (408) 535-5066
       joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

**FILED**

SEP 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 5:13-MJ-70031 HRL
                                        )
15          Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                        )   ORDER CONTINUING APPEARANCE
16      v.                              )   DATE AND EXCLUDING TIME FROM
                                        )   THE SPEEDY TRIAL ACT
17  JASON KEITH SMITH,                  )   CALCULATION (18 U.S.C.
                                        )   § 3161(h)(8)(A))
18          Defendant.                  )
                                        )
19  _____)

20          This matter is scheduled before the Court for an preliminary hearing or arraignment on

21  September 19, 2013.  On January 14, 2013, this Court issued a criminal complaint against the

22  defendant related to a violation of 18 U.S.C. 875(c) - Interstate Communications of a Threat.

23  The defendant, who resides in the Eastern District of Michigan, was arrested and made an initial

24  appearance on January 22, 2013 in Detroit before United States Eastern District of Michigan

25  Magistrate Judge Laurie J. Michelson.  The defendant is currently represented by Northern

26  District of California CJA Panel Counsel Carleen Arlidge and Eastern District of Michigan

27  Assistant Federal Public Defenders Penny R. Beardslee and Loren E. Khogali.  On January 23,

28  2013, Judge Michelson ordered the defendant released pursuant to conditions, ordered the

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70031 HRL

1  defendant be transferred to the Northern District of California for further proceedings, excluded

2  time, and ordered the defendant to appear in the Northern District of California on March 14,

3  2013 at 9 a.m.   That initial appearance date was subsequently continued via the parties

4  stipulation to September 19, 2013.

5          The United States and the defendant now jointly request a continuance until December

6  19, 2013 in order to afford defense counsel additional time to effectively prepare and also to

7  allow the parties a further opportunity to discuss a potential pre-indictment resolution of the

8  mattter.  The parties agree, and the Court finds and holds, as follows:

9          1.      The preliminary hearing or arraignment is continued to December 19, 2013.

10         2.      Time should be excluded under Rule 5.1 from September 19, 2013 to December

11 19, 2013 in order to allow defense counsel additional time to effectively prepare and also to

12 allow the parties an opportunity to discuss a potential pre-indictment resolution of the mattter.

13 The parties agree that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal

14 Procedure and 18 U.S.C. § 3060.

15         3.      The time between September 19, 2013 and December 19, 2013 is excluded under

16 the Speedy Trial Act.  The parties agree that the failure to grant the requested continuance would

17 unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

18 into account the exercise of due diligence.  Finally, the parties agree that the ends of justice

19 served by granting the requested continuance outweigh the best interest of the public and the

20 defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70031 HRL

1    3161(h)(8)(A).

2    STIPULATED:

3    DATED:____9/18/13_____          _____/s/_____
                                        CARLEEN ARLIDGE
4                                       Counsel for Defendant Smith

5
     DATED:____9/18/13_____          _____/s/_____
6                                       JOSEPH FAZIOLI
                                        Assistant United States Attorney
7
     IT IS SO ORDERED.
8
     DATED:_____9/19/13_____     _____
9                                       HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70031 HRL