1  CARLEEN R. ARLIDGE      SBN 079725
   Attorney At Law
2  111 West St. John Street, Suite 555
   San Jose, California 95113
3  Telephone: (408) 288-8533
   Facsimile: (408) 445-1861
4  E-Mail: craatty@aol.com

5  Attorney For Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR14-0090 DLJ. |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND [] ORDER CONTINUING APPEARANCE DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| JASON KEITH SMITH, | ) | |
| Defendant. | ) | |

This matter is scheduled before the Court for an appearance before the Court for receipt of a report and further proceedings on August 28, 2014; a bench warrant for the arrest of the defendant has been previously issued and stayed until that date.

The United States and the defendant now jointly request a further continuance until September 4, 2014 in order allow the defendant time to arrange for transportation from his residence in Michigan to California for him to appear before this Court; and in order for continuity of counsel. The parties agree, and the Court finds and holds, as follows:

1. The next appearance before this Court be continued to September 4, 2014 and the defendant ordered to personally appear.

2. The time between August 28, 2014 and September 4, 2014 is excluded under the Speedy Trial Act. The parties agree that the continuance is to assure continuity of government counsel and also that the failure to grant the requested continuance would unreasonable deny defense counsel

1

1  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
2  Finally, the parties agree that the ends of justice served by granting the requested continuance
3  outweigh the best interest of the public and the defendant in a speedy trial and in the prompt
4  disposition of criminal cases.  18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv)2.
5  STIPULATED:
6  Dated:    08/25/2014                                                                  /s/
                                                                        CARLEEN R. ARLIDGE
7                                                                       Counsel for Defendant Smith

8  Dated:    08/25/2014                                                                  /s/
                                                                        JOSEPH FAZIOLI
9                                                                       Assistant United States Attorney

10

11  IT IS SO ORDERED

12  Dated:  ì ŒÎ ŦI
13                                                                      D. LOWELL JENSEN
                                                                        United States District Judge

2