

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Metropolitan Detention Center*

---

Office of the Warden

535 N. Alameda Street
Los Angeles, California 90012

November 7, 2014

The Honorable D. Lowell Jensen
United States District Judge
Northern District of California
Phillip Burton United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco CA 94102-3434

RE:  Jason Keith Smith
     Case Number: CR14-0090 DLJ
     Register Number: 47989-039

12/5/14 Approved.
Lucy H. Koh
U.S. District Judge
(now assigned to this case)

Dear Judge Jensen:

This is in response to your court order dated October 2, 2014, which committed Mr. Smith for an examination pursuant to 18 U.S.C., § 4241.  Mr. Smith was designated to our facility on September 29, 2014, and arrived to the Metropolitan Detention Center (MDC), Los Angeles, California, on October 30, 2014.

Pursuant to 18 U.S.C. § 4241, the defendant may be committed for a period of up to 30 days so that our Psychology staff can complete an evaluation.  Our clinical psychologist requests a 15-day extension as permitted by the statute to complete the testing and examination necessary to develop a history, diagnosis, and opinion.  We would also ask the Court to determine that commitment for the evaluation commence upon his arrival at our facility.  It is anticipated that the evaluation will be completed by December 15, 2014.  The report will be submitted to the Court within three weeks of completion of the evaluation.  You can expect to receive the report by January 5, 2015, should you grant our request for an extension.

If you should have any questions regarding the evaluation, please contact Dr. Lisa Hope, Chief Psychologist at (213) 485-0439, ext. 5468.  For any other questions, please contact me directly.

Sincerely,

D. Shinn
Warden