1  CARLEEN R. ARLIDGE        SBN 079725
   Attorney At Law
2  111 West St. John Street, Suite 555
   San Jose, California 95113
3  Telephone:  (408) 288-8533
   Facsimile:  (408) 445-1861
4  E-Mail: craatty@aol.com

5  Attorney For Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )    NO. CR14-0090 LHK.
12                    Plaintiff,     )
                                     )    STIPULATION FOR CONTINUING
13  vs.                              )    STATUS CONFERENCE;
                                     )    [Proposed] ORDER
14  JASON KEITH SMITH,               )
                                     )
15                    Defendant.     )
    _____)

16

17         The matter was previously scheduled for a status hearing on January 14, 2015 based on the

18  anticipation that the report of the competency evaluation of the defendant would be received by

19  January 5, 2015.  The parties have been informed that the report is not yet ready but is nearing

20  completion, the parties expect to receive the report during the week of January 14, 2015.  It is

21  therefore stipulated that the status hearing be continued to January 28, 2015 at 9:30 a.m. in order to

22  provide counsel the needed time to consider the report, its implications and the options that may be

23  available with respect to further proceedings.

24         It is further stipulated and requested that the Court order the defendant to remain at the

25  Metropolitan Detention Center in Los Angeles until further order from this Court.

26         The Court has previously found that, pursuant to Title 18, United States Code, Section

27  3161(h)(1)(A), the entire period of time during which proceedings are pending to determine the

28  mental competence of the defendant was excluded under the Speedy Trial Act.  The parties also

1

stipulate that exclusion of time is also necessary for effective preparation.

SO STIPULATED:

Dated: January 9, 2015                           /s/
                                        CARLEEN R. ARLIDGE
                                        Attorney For Defendant


Dated: January 9, 2015                           /s/
                                        JOSEPH FAZIOLI
                                        Assistant United States Attorney


### ORDER

Upon stipulation of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that this case be and is set for a status conference on January 28, 2015 at 9:30 a.m.

IT IS FURTHER ORDERED that the defendant NOT be transported for this appearance and that he remain in the custody of the Bureau of Prisons at the Metropolitan Detention Center in Los Angeles pending further order from this Court.

IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), the entire period of time during which proceedings are pending to determine the mental competence of the defendant continues to be excluded under the Speedy Trial Act. The exclusion of time is also necessary for effective preparation by counsel.

IT IS SO ORDERED.

Dated: January 9, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2