UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

**CRIMINAL MINUTES**

# UNITED STATES OF AMERICA v. JASON KEITH SMITH
5:14-CR-00090-LHK

**Court Proceedings:** Status Hearing, Wednesday, January 21, 2015
**Time in Court**: 10:08 – 10:22 A.M. (14 minutes)

**Courtroom Deputy Clerk:** Stacy Sakamoto
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Joseph Fazioli for the United States of America
**Representing Defendant:** Attorney Carleen Arlidge for Jason Keith Smith (1)

Hearing held. Defendant is not present because he is being transported to the Northern District of California in the custody of the United States Marshals Service.

The Parties briefly discuss the recently released report regarding the Defendant's competency following his mental evaluation at MDC-Los Angeles.

The Court grants the Parties' request for a continuance. Per 18 U.S.C. §3161(h)(7)(A), the Court finds the ends of justice served in granting the continuance outweighs the best interests of the public and the Defendant in a speedy trial, and excludes time from January 21, 2015 through and including January 28, 2015. The reason for the finding is that failure to grant the continuance would likely result in a miscarriage of justice, per 18 U.S.C. §3161(h)(7)(i), and to allow the parties effective preparation time, per 18 U.S.C. §3161(h)(7)(iv).

The Court advises the Parties that a trial date will be set at the next meeting.

This matter is continued to Wednesday, January 28, 2015 at 9:30am for further status.

Court is adjourned.