UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

**CRIMINAL MINUTES**

# UNITED STATES OF AMERICA v. JASON KEITH SMITH
5:14-CR-00090-LHK

**Court Proceedings:** Status Hearing, Wednesday, January 28, 2015
**Time in Court**: 10:07 – 10:46 A.M. (39 minutes)

**Courtroom Deputy Clerk:** Stacy Sakamoto
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Joseph Fazioli for the United States of America
**Representing Defendant:** Attorney Carleen Arlidge for Jason Keith Smith (1)

Defendant is present and in custody. Defendant's father, Lonnie Smith, is also present and speaks during the proceedings.

The Court briefly discusses the issue of Defendant's competency with the Parties. For the reasons stated on the record, the Court finds the Defendant mentally competent. Defendant's request for bail is DENIED for the reasons stated on the record.

The Court grants the Parties' request for a continuance. Per 18 U.S.C. §3161(h)(7)(A), the Court finds the ends of justice served in granting the continuance outweighs the best interests of the public and the Defendant in a speedy trial, and excludes time from January 28, 2015 through and including February 25, 2015. The reason for the finding is that failure to grant the continuance would deny the Parties reasonable time for effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. §3161(h)(7)(B)(iv).

This matter is continued to 9:30AM on Wednesday, February 25, 2015 for a Change of Plea Hearing.

Court is adjourned.