**FILED**

Feb 15, 2015.

FEB 25 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

To:
Honorable Lucy Koh
United States District Court Judge
San, Jose CA.
95113

Your Honor:

My name is Lonnie Smith, writing on behalf of myself and my son Jason Keith Smith CASE# 13-70031.

I want to thank you for reading the letter's I wrote on behalf of Jason.

Your Honor:

Jason's Attorney, Carleen Arlidge has stated to Jason, that if he would plea qulity for one count of Interstate communications Threat, he would recive one, or two year sentence.

If it please the court, I would like to asked if the court would make sure that Jason understand's this plea.

Jason don't understand what Malingering means.

Your Honor:

I would like to come to San Jose ca, on the day of my son's Sentence to be given, and would asked the court. If I may say a few word's on the best intrest of my Son.

Your Honor:

I Thank You for taking time to read this letter.

Respectfully
Lonnie Smith

Your Honor:

IF it Please the court I would hope that Jason could return home, before time for Sentence. - on bond

Thank You

Lonnie Smith