UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

**CRIMINAL MINUTES**

# UNITED STATES OF AMERICA v. JASON KEITH SMITH
5:14-CR-00090-LHK

**Court Proceedings:** Status Hearing, Wednesday, February 25, 2015
**Time in Court**: 10:27 – 10:31 A.M. (4 minutes)

**Courtroom Deputy Clerk:** Stacy Sakamoto
**Court Reporter:** Summer Fisher
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Joseph Fazioli for the United States of America
**Representing Defendant:** Attorney Carleen Arlidge for Jason Keith Smith (1)

Defendant is present and in custody.

The Court grants the Parties' request for a continuance. Per 18 U.S.C. §3161(h)(7)(A), the Court finds the ends of justice served in granting the continuance outweighs the best interests of the public and the Defendant in a speedy trial, and excludes time from February 25, 2015 through and including March 3, 2015. The reason for the finding is that failure to grant the continuance would deny the Parties reasonable time for effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. §3161(h)(7)(B)(iv).

This matter is continued to 3:00 P.M. on Tuesday, March 3, 2015 for a Change of Plea Hearing.

Court is adjourned.