UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

CRIMINAL MINUTES

# UNITED STATES OF AMERICA v. JASON KEITH SMITH
5:14-CR-00090-LHK

**Court Proceedings:** Change of Plea Hearing, Tuesday, March 3, 2015
**Time in Court**: 3:53 – 4:10 P.M. (17 minutes)

**Courtroom Deputy Clerk:** Stacy Sakamoto
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Joseph Fazioli for the United States of America
**Representing Defendant:** Attorney Carleen Arlidge for Jason Keith Smith (1)

Defendant is present and in custody.

Defendant is sworn-in and enters a guilty plea as to Count 1 of the Indictment (ECF No. 30). A Plea Agreement is executed in open Court. The Court accepts the plea and finds the Defendant has made a knowing, intelligent, free and voluntary waiver of rights and entry of a guilty plea.

The Court refers the matter to the office of the United States Probation for preparation of a Presentence Investigation Report. Sentencing is set for 9:30 A.M. on Wednesday, June 3, 2015.

Court is adjourned.